David Elston, Respondent, *v.* Mary Ann Murray, Appellant.

*Samuel Hand* for the respondent.

Judgment affirmed by default.